# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN LYLES, *individually*
*and on behalf of others similarly situated*,

      Plaintiff,

v.   No. 2:24-cv-728 SMD/KRS

T AND DS LUBE DOCTORS LLC; and
LUCAS DOWDY,

      Defendants.

---

## CLERK'S MINUTES AND SETTLEMENT CONFERENCE MEMORANDUM

### Before Magistrate Judge Kevin R. Sweazea

**Date and Time:**   August 5, 2025, at 8:57 a.m. to 11:58 a.m.   _X_ **Via Zoom**

**Time in Court**: 3 hours and 1 minute

| **Plaintiff's Counsel:** | **Appearance for Plaintiff:** |
|---|---|
| Clif Alexander | John Lyles |
| Carter Tilden Hastings | |

| **Defendants' Counsel:** | **Appearances for Defendants:** |
|---|---|
| Benjamin E. Thomas | Lucas Dowdy |
| | Clayton Bradley |

_X_ **Case settled**. Closing documents to be filed within 30 days from August 5, 2025, to the presiding judge.

___ **Case did not settle**.

___ **Settlement efforts to be continued**.